

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
Attorney General

DIVISION OF REGIONAL OFFICES
NASSAU REGIONAL OFFICE

May 12, 2011

WRITER'S DIRECT LINE:
516/ 248-3317

Honorable Arthur D. Spatt
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza, P.O. Box 9014
Central Islip, New York 11722

Re:  **Rehman v. the SUNY at Stony Brook, et al.**
CV 08-326 (ADS)(ETB)

Your Honor:

I am an Assistant Attorney General in the Office of Eric T. Schneiderman, Attorney General of the State of New York, attorney for the Defendants in the above-referenced action.  As your Honor may recall, this case settled on March 18, 2011, prior to jury selection.  Enclosed please find the executed "Settlement Agreement and General Release," and the executed "Stipulation and Order" discontinuing the action.  The parties request that the Court "so order" both documents.

On behalf of both parties, I wish to thank Your Honor for your assistance in reaching a settlement in this matter.  Please contact the parties if there are any questions or concerns regarding the above.

Respectfully submitted,

s/Toni E. Logue

Toni E. Logue
Assistant Attorney General

cc:   Cynthia Rollings, Esq.
Beldock Levine & Hoffman, LLP
99 Park Avenue - 16th Floor
New York, New York    10016