UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
JAMIL REHMAN M.D.,

                         Plaintiff,                          08CV326 (ADS)(ETB)

    -against-

THE STATE UNIVERSITY OF NEW YORK AT STONY
BROOK; STONY BROOK UNIVERSITY; STONY BROOK          **STIPULATION**
UNIVERSITY SCHOOL OF MEDICINE; STONY BROOK           **AND ORDER**
UNIVERSITY MEDICAL CENTER; SHIRLEY STRUM
KENNY, Ph.D., individually and in her official capacity as
President of the State University of New York at Stony Brook;
RICHARD FINE, M.D., individually and in his official
capacity as Dean of the School of Medicine at SUNY
Stony Brook; and WAYNE WALTZER, M.D., individually
and in his official capacity as Chair of the Department of
Urology at the State University of New York at Stony Brook,

                        Defendants.
------------------------------------------------------------------------x

      WHEREAS the parties have entered into a separate Settlement Agreement and General Release dated April 2011;

      WHEREAS the Office of the Attorney General of the State of New York has represented that payment pursuant to the Settlement Agreement is subject to the approval of all appropriate state officials in accordance with New York Public Officers Law § 17 and the Finance Law and all other statutorily required approvals, which approval is expected no later than ninety days from the date the Settlement Agreement is "So Ordered";

      NOW THEREFORE,

      IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties, that in accordance with the Settlement Agreement and General Release dated March 2011, this action is dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, subject to vacating of the dismissal and restoration of the case to the Court's docket without prejudice to any of the parties in any respect in the event the payment referenced

in the Settlement Agreement is not approved in whole or in part or subsequently paid to plaintiff within a reasonable time after such approval. This stipulation may be submitted to the court without notice.

Dated: April 15, 2011

Beldock Levine & Hoffman, LLP
By:

Cynthia Rollings, Esq.
99 Park Avenue - Suite 1600
New York, New York 10016
Attorney for Plaintiff

Dated: April MAY 12, 2011

Eric T. Schneiderman
Attorney General of the State of New York
Attorney for Defendants
By:
Toni E. Logue
Assistant Attorney General
200 Old Country Road – Suite 240
Mineola, New York 11501-4241
(516) 248-3317

SO ORDERED:

_____

ARTHUR D. SPATT
U.S.D.C.

13